UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Court of Appeals Docket #: 13-1005

Michael H. Johnson, Jr.,

    Plaintiff - Appellant,

v.

Wells Fargo Bank, N.A., as trustee for the Holders of the SASCO 2007 MLN1 Trust Fund,

    Defendant - Respondent

**APPELLANT'S MOTION
TO FILE APPELLANT'S REPLY BRIEF OUT OF TIME**

    Plaintiff-Appellant Michael H. Johnson, Jr. respectfully requests leave to file his Reply Brief out of time.

    Plaintiff-Appellant's Reply Brief was timely submitted to the Court for review on June 10, 2013.

    On June 10, 2013, the Court sent notice stating that 10 copies of paper briefs from Michael H. Johnson Jr. were due June 17, 2013. However, due to an oversight the Court's notice was not forwarded to Appellant's appellate printer.

    On June 26, 2013, the Court left a telephone message for Appellant's counsel advising that the paper copies of Reply Briefs were overdue. As soon as possible counsel contacted the appellate printer and the briefs were sent out by overnight FederalExpress. They should arrive at the Court on June 28, 2013.

    WHEREFORE, Plaintiff-Appellant respectfully requests that the Court accept the filing of

Appellant's Reply Briefs out of time.

Dated: June 27, 2013

By _____
Moshe Mortner, Esq.
The Mortner Law Office, PC
40 Wall Street, 28h Floor
New York, NY 10005
646-820-8770
Counsel for Plaintiff/Appellant

,